UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Bank of America, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>Estrella II Homeowners Association, et al.,<br><br>                Defendants. | Case No. 2:16-cv-2835-APG-CWH<br><br>**ORDER DISMISSING DEFENDANTS TINA Y. LANE AND JASON LANE** |

On March 29, 2017, the plaintiff was advised by the court (ECF No. 24) that this action would be dismissed without prejudice as to defendants Tina Y. Lane and Jason Lane unless on or before April 28, 2017, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendants Tina Y. Lane and Jason Lane only.

Dated: May 2, 2017.

                                                                        ANDREW P. GORDON<br>
                                                                       UNITED STATES DISTRICT JUDGE