1  JOHN HENRY WRIGHT, ESQ.
   Nevada Bar No. 6182
2  CHRISTOPHER B. PHILLIPS, ESQ.
   Nevada Bar No. 14600
3  **THE WRIGHT LAW GROUP, P.C.**
   2340 Paseo Del Prado, Suite D-305
4  Las Vegas, Nevada 89102
   Telephone: (702) 405-0001
5  Email: john@wrightlawgroupnv.com
          chris@wrightlawgroupnv.com
6  *Attorneys for Defendant/Cross-claimant/*
   *Third-Party Plaintiff SUMMIT REAL ESTATE GROUP, INC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, and FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>ESTRELLA II HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SUMMIT REAL ESTATE GROUP, INC,<br><br>Defendants. | CASE NO. 2:16-cv-02835-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| SUMMIT REAL ESTATE GROUP, INC<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Counterdefendants, | |

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454



| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC | |
| Crossclaimant, | |
| vs. | |
| NEVADA ASSOCIATION SERVICES, INC., | |
| Crossdefendants. | |
| SUMMIT REAL ESTATE GROUP, INC | |
| Third-Party Plaintiff, | |
| vs. | |
| JASON LANE and TINA Y. LANE | |
| Third-Party Defendants. | |

**STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Plaintiff/Counter-Defendant BANK OF AMERICA, N.A., ("Bank of America") by and through its counsel of record, Tenesa Powell, Esq., of Akerman, LLP and Defendant/Cross-claimant/Third-Party Plaintiff SUMMIT REAL ESTATE GROUP, INC., ("Summit") by and through its attorney, John Henry Wright, Esq., of The Wright Law Group, P.C., and hereby stipulate and agree as follows:

Bank of America filed its Motion for Partial Summary Judgment (ECF # 40) on November 27, 2019. Summit's opposition to the same is currently due on December 18, 2019. Bank of America's Reply in support of its Motion for Partial Summary Judgment would, in the ordinary course, come due on January 2, 2019.

In order to accommodate the schedules of the parties and counsel during the current holiday season, the parties have agreed to extend the current deadlines by two weeks.

As such, it is stipulated and agreed that Summit shall have up to and including January 2, 2019 to file its Opposition to Bank of America's Motion for Partial Summary Judgment; and Bank



of America shall have up to and including January 16, 2019 to file any Reply in support of its Motion.

This is the first request for extension of time on the pending Motion, and the instant request is made in good faith and not for the purpose of harassment or unnecessary delay.

| | |
|---|---|
| Dated this 17th day of December, 2019 | Dated this 17th day of December, 2019 |
| AKERMAN, LLP | THE WRIGHT LAW GROUP, P.C. |
| /s/ Tenesa S. Powell, Esq. | /s/ John Henry Wright |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff Bank of America, N.A.* | JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>CHRISTOPHER B. PHILLIPS, ESQ.<br>Nevada Bar No. 14600<br>2340 Paseo Del Prado, Ste. D-305<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant Summit Real Estate Group, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 17, 2019.