MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ESTRELLA II HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SUMMIT REAL ESTATE GROUP, INC.<br><br>Defendants. | Case No.: 2:16-cv-02835-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTIONS** |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), Federal National Mortgage Association (**Fannie Mae**), and Summit Real Estate Group, Inc. (**Summit**) hereby stipulate and agree as follows:

BANA and Fannie Mae filed their partial summary judgment motion on November 27, 2019. (ECF No. 40.) By stipulation filed December 17, 2019, BANA, Fannie Mae, and Summit agreed to extend Summit's opposition deadline, and BANA and Fannie Mae's reply deadline, by two weeks.

1

51325310;1

1  (ECF No. 41.) The court granted the order the same day, extending the deadline for Summit to oppose
2  BANA and Fannie Mae's motion until January 2, 2020, and extending BANA and Fannie Mae's reply
3  deadline until January 16, 2020. (*See id.*; ECF No. 43.)

4  Summit filed its opposition to BANA and Fannie Mae's motion on January 2, 2020. (ECF No.
5  45.) The parties hereby stipulate and agree BANA and Fannie Mae shall have an additional two
6  weeks, up until January 30, 2020 to file any reply supporting their motion. This is the parties second
7  request for an extension of time. This request is made to give BANA and Fannie Mae a sufficient
8  opportunity to respond to the arguments raised in the opposition and is not for purposes of delay.

DATED this 8th day of January, 2020.   DATED this 8th day of January, 2020.

**AKERMAN LLP**                          **THE WRIGHT LAW GROUP, P.C.**

*/s/ Tenesa S. Powell*                   */s/ Christopher Phillips*
MELANIE D. MORGAN, ESQ.                  JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 8215                      Nevada Bar No. 6182
TENESA S. POWELL, ESQ.                   CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 12488                     Nevada Bar No. 14600
1635 Village Center Circle, Suite 200    2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89134                  Las Vegas, Nevada 89102

*Attorneys for Plaintiffs*               *Attorneys for Defendant Summit Real Estate Group, Inc.*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: January 9, 2020.

51325310;1