1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile:  (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: holly.walker@akerman.com

7 *Attorneys for Bank of America, N.A., successor by
merge to BAC Home Loans Servicing, LP fka
8 Countrywide Home Loans Servicing, LP and Federal
National Mortgage Association*

9

10 **UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

12 BANK OF AMERICA, N.A., SUCCESSOR BY          Case No.: 2:16-cv-02835-APG-DJA
MERGER   TO   BAC   HOME   LOANS
13 SERVICING, LP FKA COUNTRYWIDE
HOME   LOANS   SERVICING,   LP;   and
14 FEDERAL   NATIONAL   MORTGAGE
ASSOCIATION,                                 **STIPULATION AND ORDER TO EXTEND**
15                                              **BRIEFING DEADLINE**
Plaintiff,
16                                              **[FIRST REQUEST]**
v.
17
ESTRELLA       II       HOMEOWNERS'
18 ASSOCIATION;  NEVADA  ASSOCIATION
SERVICES, INC.; SUMMIT REAL ESTATE
19 GROUP, INC.

20               Defendants.

21
AND RELATED CASES.
22

23

24 …

25 …

26 …

27 …

28 …

1

53118171;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff/Counter-Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), Plaintiff Federal National Mortgage Association (**Fannie Mae**), and Defendant/Counter-Claimant/Cross-Claimant/Third-Party Defendant Summit Real Estate Group, Inc. (**Summit**), by and through their respective counsel of record, stipulate to extend the briefing deadlines related to Summit's motion for summary judgment. (ECF No. 55.) BANA and Fannie Mae's response is currently due May 28, 2020. The parties stipulate to a two-week extension, until June 11, 2020 for BANA and Fannie Mae's response. The parties further stipulate Summit's reply brief will be due 21 days later, on July 2, 2020. This is the parties' first request for an extension of these briefing deadlines.

Dated: May 19, 2020.

**AKERMAN LLP**

*/s/ Holly E. Walker*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Federal National Mortgage Association*

**THE WRIGHT LAW GROUP, P.C.**

*/s/ John Henry Wright*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102

*Attorneys for Summit Real Estate Group, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-02835-APG-DJA

DATED**:** \_\_\_\_\_5/19/2020_____

53118171;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572