ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ESTRELLA II HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SUMMIT REAL ESTATE GROUP, INC.<br><br>Defendants. | Case No.: 2:16-cv-02835-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE**<br><br>**[SECOND REQUEST]** |
| AND RELATED CASES. | |

…

…

…

1

53428606;1

Plaintiff/Counter-Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), Plaintiff Federal National Mortgage Association (**Fannie Mae**), and Defendant/Counter-Claimant/Cross-Claimant/Third-Party Defendant Summit Real Estate Group, Inc. (**Summit**), by and through their respective counsel of record, stipulate to extend the briefing deadlines related to Summit's motion for summary judgment. (ECF No. 55.) BANA and Fannie Mae's response is currently due June 11, 2020. The parties stipulate to a three-week extension, until July 2, 2020 for BANA and Fannie Mae's response. The parties further stipulate Summit's reply brief will be due 21 days later, on July 23, 2020. This is the parties' second request for an extension of these briefing deadlines.

Dated: June 9, 2020.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ Holly E. Walker* | */s/ John Henry Wright* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>CHRISTOPHER B. PHILLIPS, ESQ.<br>Nevada Bar No. 14600<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102 |
| *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Federal National Mortgage Association* | *Attorneys for Summit Real Estate Group, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-02835-APG-DJA

Dated: June 10, 2020.